IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TAMIE MARIE SAMUELS,<br><br>　　　　Defendant. | No. 16-CR-01-LRR<br><br>**ORDER** |

On May 9, 2016, the court accepted the jury verdict finding Defendant Tamie Marie Samuels guilty on Count 1 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Count 1 of the Indictment.
2. The United States Probation Office shall conduct a presentence investigation and prepare a report.
3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.
4. Defendant is released pending sentencing.
5. The parties are reminded that "[e]xcept by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine, or question any trial juror or potential trial juror before, during, or after a trial concerning the juror's actual or potential jury service."  LR 47; LCrR 24.1.

**IT IS SO ORDERED.**

**DATED** this 9th day of May, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA